UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOSE SABINO CHAVEZ,** | ) |
| Petitioner, | ) No. CV 01-1056 GAF (AJW) |
| v. | ) |
| **C. A. TERHUNE, Warden** | ) **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: July 20, 2010

_____
Gary A. Feess
United States District Judge