1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **JOSE SABINO CHAVEZ,** | ) | Case No. CV 01-1056-GAF(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **C.A. TERHUNE, Warden,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is **denied.**

Dated: July 20, 2010

_____
Gary A. Feess
United States District Judge